KARYOL BALSER, an Infant, by JOHN C. BALSER, Her Guardian ad Litem, Appellant, *v.* GEORGE J. GAMMEL et al., Doing Business under the Name of NEW ARIEL THEATRE, Respondents.

JOHN C. BALSER, Appellant, *v.* GEORGE J. GAMMEL et al., Doing Business under the Name of NEW ARIEL THEATRE, Respondents.

Argued November 27, 1940; decided December 31, 1940.

*Philip Halpern* and *George E. Phillies* for appellants.
*Percy R. Smith* and *Harold J. Adams* for respondents.
Judgments affirmed, with costs; no opinion.
Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS and CONWAY, JJ. Taking no part: SEARS, J.